# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**LOVELLA DARROUGH,**

        Plaintiff,

    -vs-                                                              **Case No. 14-C-1410**

**CAROLYN W. COLVIN,**
**Acting Commissioner of Social Security,**

        Defendant.

## DECISION AND ORDER

Plaintiff Lovella Darrough ("Darrough") seeks leave to proceed *in forma pauperis* ("IFP") (ECF No. 2) on her appeal from the denial of her applications for social security disability insurance benefits and supplemental security income, Medicare and Medicaid. In order to authorize a litigant to proceed IFP, the Court must make two determinations: first, whether the litigant is unable to pay the costs of commencing this action; and second, whether the action is frivolous or malicious. 28 U.S.C. §§ 1915(a) and (e)(2)(B)(i). The Court must deny a request to proceed IFP if (1) the allegation of poverty is untrue; (2) the action is frivolous; (3) the action fails to state a claim; or (4) the action seeks monetary relief against an immune defendant. 28 U.S.C. § 1915(e)(2).

By her petition and affidavit to proceed IFP, Darrough avers that she is married, both she and her spouse are unemployed, and she has a minor son she is responsible for supporting. Darrough receives $608 in public assistance and $286 in food stamps. Darrough owns no valuable tangible or intangible property, and has no cash or funds in a financial account.

Based on the information provided, Darrough has satisfied the requirements of 28 U.S.C. § 1915(a) by demonstrating that she is unable to pay the $350 filing fee for this action. Furthermore, Darrough's detailed Complaint states arguable claims for relief. Accordingly, Darrough's petition for leave to proceed IFP is granted.

**NOW, THEREFORE, BASED ON THE FOREGOING, IT IS HEREBY ORDERED THAT:**

Darrough's petition for leave to proceed IFP (ECF No. 2) is **GRANTED**.

Dated at Milwaukee, Wisconsin, this 12th day of November, 2014.

**BY THE COURT:**

_____
**HON. RUDOLPH T. RANDA**
**U.S. District Judge**